AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Portland    District of    Oregon

Trustees of the Oregon-Washington
Carpenters-Employers Trust Funds, et al.

**SUMMONS IN A CIVIL CASE**

V.

Bridgeway Contracting, LLC

CASE NUMBER: CV'10-1419 JE

TO: (Name and address of Defendant)

Bridgeway Contracting, LLC
c/o Jerry Valencia, Reg. Agent
81732 Minnow Creek Rd.
Lowell, OR 97452

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen Buckley
Cary R. Cadonau
1200 SW Main St.
Portland, OR 97205

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. Moran, Clerk of Court     NOV 17 2010

CLERK     DATE

MATT KENNEY

(By) DEPUTY CLERK